Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARPREET SINGH JASWAL (Agency # A72-893-629),<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILLIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; JULIA L. HARRISON, Acting District Director of United States Citizenship and Immigration Services, Department of Homeland security; ROBERT MUELLER, Director of the Federal Bureau of Investigation; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, FEDERAL BUREAU OF INVESTIGATIONS.<br><br>    Defendants. | No. CV06-00533-RSM<br><br>STIPULATED ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by the parties to the above action, by and through their respective attorneys, that all claims of the plaintiff have been resolved and that this Court may enter an order of dismissal.

STIPULATED ORDER OF DISMISSAL - 1
(CV06-00533-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

1  Dated this 7th day of September, 2006.

2  JOHN McKAY                                    GIBBS HOUSTON PAUW
   United States Attorney                         Attorneys for Plaintiff
3

4   /s/ Rebecca S. Cohen                          /s/ Robert H. Gibbs
   REBECCA S. COHEN, WSBA #31767                 ROBERT H. GIBBS, WSBA #5932
5  Assistant United States Attorney              Gibbs Houston Pauw
   Attorney for Defendant                        1000 Second Avenue, Suite 1600
6  U.S. Attorney's Office                        Seattle, WA 98104
   Western District of Washington                (206) 682-1080
7  700 Stewart Street, Suite 5220                rgibbs@ghp-law.net
   (206) 553-7970
8  rebecca.cohen@usoj.gov

9

10                                    **ORDER**

11     The parties having so stipulated and agreed, it is hereby **SO ORDERED** that this case is dismissed

12 with prejudice. The Clerk is directed to send copies of this Order to all counsel of record.

13     DATED this 13th day of September, 2006.

14

15

16                                              RICARDO S. MARTINEZ
17                                              UNITED STATES DISTRICT JUDGE

18 Presented by:

19

20 JOHN McKAY
   United States Attorney
21

22  /s/ Rebecca S. Cohen
   REBECCA S. COHEN
23 Assistant United States Attorney
   Attorney for Defendant
24 U.S. Attorney's Office
   Western District of Washington
25 700 Stewart Street, Suite 5220
   (206) 553-7970
26 rebecca.cohen@usoj.gov

27

28

STIPULATED ORDER OF DISMISSAL - 2
(CV06-00533-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

1  GIBBS HOUSTON PAUW
   Attorneys for Plaintiff
2

3   /s/ Robert H. Gibbs
   ROBERT H. GIBBS
4  Gibbs Houston Pauw
   1000 Second Avenue, Suite 1600
5  Seattle, WA 98104
   (206) 682-1080
6  rgibbs@ghp-law.net

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL - 3
(CV06-00533-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970